**FILED**
November 04, 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: \_\_\_Erika Gonzalez\_\_\_
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | § § § | **SEALED** |
| v. | § § § | CRIM. NO. EP-21-M-2386-RFC-1 |
| SHEYENNE DANESSA MONTOYA, Defendant. | § § | |

**GOVERNMENT'S MOTION TO SEAL
THE CRIMINAL COMPLAINT, AFFIDAVIT, ARREST WARRANT, AND MOTION TO DETAIN**

Comes now the United States of America, by and through the United States Attorney for the Western District of Texas, and files this, its Motion to Seal the Criminal Complaint, Affidavit, Arrest Warrant, and Motion to Detain in the above numbered cause and would show the Court as follows:

On November 3, 2021, the Criminal Complaint, Affidavit, Arrest Warrant, and Motion to Detain were filed, in the above entitled and numbered cause. The disclosure of the existence of the Criminal Complaint would seriously jeopardize the ability of law enforcement officers to locate the Defendant and apprehend them without incident. The Government seeks an Order of the Court placing the Criminal Complaint and related documents filed in the above entitled and numbered cause under seal, until the Defendant is arrested. **When the Defendant is arrested, the Criminal Complaint and related documents will be unsealed**.

Accordingly, the United States respectfully requests that this motion and the Court's Order be sealed until further order of the Court or **until the Defendant is arrested**.

Respectfully submitted,

ASHLEY C. HOFF
UNITED STATES ATTORNEY

By: *Herbert L. Bunton III*
HERBERT L. BUNTON III
Assistant U.S. Attorney
Pennsylvania Bar #210030
700 E. San Antonio, Suite 200
El Paso, Texas 79901
(915) 534-6884