FILED
November 04, 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: Erika Gonzalez
DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, | |
| v. | **S E A L E D** |
| **SHEYENNE DANESSA MONTOYA,** Defendant. | **EP-21-M-2386-RFC** |

### United States' Motion to Detain Defendant Without Bond and Motion for Continuance

Comes now the United States of America, by and through the United States Attorney for the Western District of Texas, and pursuant to 18 U.S.C. § 3142(e) and (f), files this, its Motion to Detain Defendant Without Bond and Motion for Continuance, and for cause, would respectfully show unto the Court the following:

1. The Defendant was arrested for a violation of Title 18, United States Code, Section 1201, *Kidnapping*. The offense is a crime of violence.

2. The Defendant is a danger to the community with cartel involvement and dangerous criminal activity.

3. There are no conditions or combination of conditions which will reasonably assure the safety of the community should the Defendant be released on bond.

4. There are no conditions or combination of conditions which will reasonably assure the appearance of the Defendant at future court settings.

The Government would further move the Court for a three-day continuance of the detention hearing from the date of the initial appearance.

WHEREFORE, premises considered, the Government respectfully prays the Court to hold the above-named Defendant without bail pending the final outcome of this case.

Respectfully submitted,

ASHLEY C. HOFF
UNITED STATES ATTORNEY

By: *Herbert L. Bunton III*
HERBERT L. BUNTON III
Assistant U.S. Attorney
Pennsylvania Bar #210030
700 E. San Antonio, Suite 200
El Paso, Texas 79901
(915) 534-6884