# UNITED STATES DISTRICT COURT
for the

Western District of Texas

| United States of America | ) |  |
|---|---|---|
| v. | ) |  |
| Sheyenne Danessa Montoya | ) | Case No. EP-21-M-2386-RFC-1 |
|  | ) |  |
|  | ) |  |
|  | ) |  |
|  | ) |  |

*Defendant*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Sheyenne Danessa Montoya                        ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 USC 1201                            KIDNAPPING

Date: 11/04/2021

*Issuing officer's signature*

City and state:   El Paso, Texas                    Robert F. Castaneda / U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

*Arresting officer's signature*

*Printed name and title*