AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Western District of Texas

| United States of America | ) |
| v. | ) |
| Sheyenne Danessa Montoya | ) Case No.  EP-21-M-2386-RFC-1 |
| | ) |
| Defendant | ) |

RECEIVED U.S. MARSHALS 2021 NOV -9 A 9:53

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Sheyenne Danessa Montoya                               ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☒ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

18 USC 1201                              KIDNAPPING


Date:   11/04/2021

*Issuing officer's signature* [signed: M F. M...]

City and state:    El Paso, Texas              Robert F. Castaneda / U.S. Magistrate Judge
                                               *Printed name and title*

---

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____

Date: _____

Executed by ___HSI___
On  11-10-2021   *Arresting officer's signature*
In   El Paso

*Printed name and title*

A true copy of the original, I certify.
Clerk, U.S. District Court
By     Erika Gonzalez
         November 04, 2021     Deputy